UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JUAN BARO-MARRERO, | Case No. 2:26-cv-01523-MMD-MDC |
| Petitioner, | ORDER |
| v. | |
| TODD BLANCHE, *et al.*, | |
| Respondents. | |

Petitioner Juan Baro-Marrero, an immigration detainee challenging his ongoing federal detention at Nevada Southern Detention Center, filed an application to proceed *in forma pauperis* (ECF No. 1 ("IFP Application")), a *pro se* petition for federal habeas corpus relief under 28 U.S.C. § 2241 (ECF No. 1-1 ("Petition")), and a motion for appointment of counsel (ECF No. 1-2 ("Motion for Counsel")).

The Court finds good cause exists to grant the IFP Application. (ECF No. 1.) The Court also finds that the appointment of counsel is in the interests of justice due to the potential complexities of this case.[1] The Court will therefore grant the Motion for Counsel. (ECF No. 1-2.) The Court now directs service of the Petition on the United States Attorney's Office for the District of Nevada ("USAO") and sets a briefing schedule.

It is therefore ordered that the IFP Application (ECF No. 1) is granted.

It is further ordered that the Motion for Counsel (ECF No. 1-2) is granted.

It is further ordered that the Federal Public Defender for the District of Nevada ("FPD") is appointed to represent Petitioner and is directed to file a notice of appearance (or indicate its inability to represent Petitioner) within seven days of the date of this Order.

---

[1]Petitioners seeking habeas corpus relief are entitled to appointed counsel when the circumstances indicate that appointed counsel is necessary to prevent due process violations or whenever the interests of justice so require. *See Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986); 18 U.S.C. § 3006A.

If the FPD is unable to represent Petitioner, alternate counsel will be appointed. Appointed counsel will represent Petitioner in all federal proceedings related to this matter, including any appeals or certiorari proceedings, unless allowed to withdraw. If the FPD files a notice of appearance in this matter, it will have 21 days from the date of this Order to file an amended petition and shall effectuate service of the amended petition on Respondents.

It is further kindly ordered that the Clerk of Court:

1. File the Petition (ECF No. 1-1).

2. Send a copy of the Petition (ECF No. 1-1) and this Order to the FPD at ecf_nvchu@fd.org, Petitioner, and the CJA Coordinator for this division.

3. Add the USAO to the docket as an Interested Party. Pursuant to District of Nevada's General Order 2026-03 (Feb. 13, 2026), this constitutes service on all federal respondents under Federal Rule of Civil Procedure 4 and 28 U.S.C. § 2243.

4. Mail a copy of the Petition (ECF No. 1-1) and this Order pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure to Respondent John Mattos, Warden, Nevada Southern Detention Center, 2190 E. Mesquite Ave. Pahrump, NV 89060.

5. Send a courtesy copy of the Petition (ECF No. 1-1) and this Order to Ashley Hesman (Mattos's attorney) at ahesman@strucklove.com.

It is further ordered that the USAO file a notice of appearance within seven days of the date of this Order and file and serve their answer to the amended petition within ten days of service of the filing of that amended petition, unless additional time is allowed for good cause shown. Respondents must file any documents referenced or relied upon in their responsive pleading with that pleading. Petitioner will then have five days to file a reply.

///

2

It is further ordered that the USAO produce the following documents to the FPD (or certify that such documents are not in their custody or control) within seven days from the date of this Order:

    (1)    I-200 Warrant for Arrest of Alien

    (2)    Form I- 286 Initial Custody Determination

    (3)    I-862 Notice to Appear

    (4)    Form I-213 Record of Deportable or Inadmissible Alien

    (5)    All immigration court orders in the petitioner's removal proceedings

    (6)    Documents certifying any appeal of any immigration court orders by Department of Homeland Security or Petitioner

    (7)    Transcripts and/or audio recordings of any custody redetermination proceedings.

It is further ordered that Respondents shall not transfer Petitioner out of this District until further Court order.[2]

DATED THIS 19th Day of May 2026

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

---

[2]*See F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 604 (1966) (noting the court's "express authority under the All Writs Act to issue such temporary injunctions as may be necessary to protect its own jurisdiction").

3